1  DARREN E. DONNELLY (CSB No. 194335)
   ddonnelly@fenwick.com
2  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:    650.988.8500
   Facsimile:     650.938.5200
6
7  Attorneys for Defendants
   GRACENOTE INC., TRIBUNE COMPANY, and
8  TRIBUNE MEDIA SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>GRACENOTE INC., *et al.*,<br><br>   Defendants. | Case No. 4:15-CV-01494-YGR<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER |

WHEREAS on November 10, 2015, this Court entered a Stipulation and Order to Stay Case ("Stay Order," ECF No. 76), staying this litigation pending the resolution of the appeal to the U.S. Court of Appeals for the Federal Circuit by Plaintiff Blue Spike, LLC ("Blue Spike") of the judgment in Blue Spike, LLC v Google, Inc. Case No. 14-cv-01650-YGR (N.D. Cal), ("Google Action"), in which the Court found claims of U.S. Patent Nos 7,346,472, 7,660,700, 7,949,494, 8,214,175 and 8,712,728 invalid for lack of patentable subject matter under 35 U.S.C. § 101;

WHEREAS the Federal Circuit issued a Judgment summarily affirming the judgment in the Google Action in its entirety, see Blue Spike, LLC v Google, Inc. No. 2016-1054 (Fed. Cir. Oct 14, 2016); and

WHEREAS the Stay Order provided that "if a Google judgment or invalidity is affirmed, such affirmance is dispositive of this case," and that should the Federal Circuit affirm the judgment in the Google Action, "Blue Spike expressly agrees that the Google judgment of invalidity and its subsequent affirmance will collaterally estop Blue Spike from disputing the invalidity of the five asserted patents or asserting these patents against Defendants, including for patent claims not expressly recited in the Google judgment." (ECF No. 75 at 2);

NOW THEREFORE, the parties to this action, through their respective counsel of record hereby stipulate, and respectfully request that the Court order, as follows:

1. Based on the judgment in the Google action, Blue Spike's claims in this action are hereby dismissed with prejudice, and Defendants' counterclaims dismissed as moot, with each side to bear its own costs and attorneys' fees.

2. In accordance with the agreement reflected in the Stay Order, Blue Spike and its subsidiaries are hereby collaterally estopped from disputing the invalidity of the five asserted patents or asserting these patents against Defendants and their subsidiaries, including for patent-in-suit claims not expressly recited in the Google judgment.

Dated: October 13, 2017     FENWICK & WEST LLP

By: */s/ Darren Donnelly*
    Darren Donnelly

Attorneys for Plaintiff
GRACENOTE INC., TRIBUNE COMPANY, and TRIBUNE MEDIA SERVICES, LLC.

Fenwick & West LLP
Attorneys at Law
Mountain View

Dated: October 13 , 2017                              GARTEISER HONEA PLLC


                                                     By: */s/ Randall Garteiser*
                                                         Randall Garteiser

                                                     Attorneys for Plaintiff
                                                     BLUE SPIKE, LLC


### **ATTESTATION**

I, Darren Donnelly, am the ECF User whose identification and password are being used to file this **STIPULATION** and **[PROPOSED] ORDER**. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 13, 2017                              */s/ Darren Donnelly*
                                                     Darren Donnelly


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation it is SO ORDERED.

Dated: October 13, 2017                              _____
                                                     Honorable Yvonne Gonzalez Rogers
                                                     United States District Judge